

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2015

No. 04-15-00284-CR

Kenneth Allen **GOETZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7400W
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file the Brief has been GRANTED. Time is extended to August 12, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court